UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:19-CR-45-D

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )  ORDER TO SEAL |
| | ) |
| | ) |
| ERIC RAMON DUNN | ) |

Upon motion of the United States, it is hereby ORDERED that Docket Entry
Number 72 in the above-captioned case be sealed by the Clerk.

It is further ordered that the Clerk provide copies of the filed sealed documents
to the United States Attorney and Defendant's attorney.

_4. Dever_
JAMES C. DEVER III
United States District Judge

1